IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LORETTA HARVEY,                              *
                                             *
              Plaintiff,                      *
                                             *
                                             *
vs.                                          *        No. 4:07cv0077 SWW
                                             *
                                             *
                                             *
                                             *
ARKANSAS INSURANCE DEPARTMENT,               *
ARKANSAS INSURANCE COMMISSION,               *
and RELIABLE LIFE COMPANIES,                 *
                                             *
              Defendants.                     *

JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is

Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief

sought is denied.


IT IS SO ORDERED this 16th day of February, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

Dockets.Justia.com