IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LORETTA HARVEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:07cv0077 SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| ARKANSAS INSURANCE DEPARTMENT, | * | |
| ARKANSAS INSURANCE COMMISSION, | * | |
| and RELIABLE LIFE COMPANIES, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 16th day of February, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE